**Dismissed and Memorandum Opinion filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00647-CV

**DENISE YVETTE POPE, Appellant**

**V.**

**CYNTHIA LEONA SMITH AND DENRICK TYRONNE POPE, Appellees**

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-FD-0106**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 7, 2012. The clerk's record was filed July 31, 2012. The reporter's record was filed July 20, 2012. No brief was filed.

On September 25, 2012, this court issued an order stating that unless appellant submitted a brief on or before October 25, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.